# AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT

## INTRODUCTION

I, Desirae Maldonado, being duly sworn, hereby depose and state:

1. I am a Special Agent with the United States Department of Justice, Federal Bureau of Investigation (FBI). I have been employed by the FBI as a Special Agent since January 2019. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), that is, I am an officer of the United States, who is empowered by law to conduct investigations regarding violations of United States law, to execute warrants issued under the authority of the United States, and to make arrests of the offenses enumerated in 18 U.S.C. §§ 2251 *et. seq.* In the course of my duties, I am responsible for investigating crimes which include, but are not limited to, child exploitation and child pornography. I have previously been involved in criminal investigations concerning violations of federal laws. Since joining the FBI, I have received specialized training in human trafficking investigations, identifying and seizing electronic evidence, computer forensics, recovery, and social media investigations.

2. This affidavit supports an application for a criminal complaint charging ASIA TAMARA BILLUPS with Production of Child Pornography, in violation of Title 18, United States Code, Section 2251(a) and Distribution of Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(2).

3. The information set forth in this affidavit is known to me as a result of an investigation personally conducted by me and other law enforcement agents. Thus, the statements in this affidavit are based in part on information provided to Special Agents ("SAs") and other

employees of the FBI, as well as other investigators employed by federal or state governments. I have participated in investigations involving persons who collect and distribute child pornography, and the importation and distribution of materials relating to the sexual exploitation of children. I have received training in the areas of child exploitation, and I have reviewed images and videos of child pornography in a wide variety of media forms, including computer media. I have also discussed and reviewed these materials with other law enforcement officers.

4. In the course of my employment as a sworn law enforcement officer, I have participated in the execution of numerous search warrants resulting in the seizure of computers, magnetic storage media for computers, other electronic media, and other items evidencing violations of state and federal laws, including various sections of Title 18, United States Code § 2251 *et. seq.* involving child exploitation offenses.

5. This affidavit is based upon information that I have gained from my investigation, my training and experience, as well as information gained from conversations with other law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that ASIA TAMARA BILLUPS as committed a violation of Title 18, United States Code Sections 2251(a) and 2252A(a)(2).

## STATUTORY AUTHORITY

6. This investigation concerns alleged violations of Title 18, United States Code, Sections 2251(a) and 2252A(a)(2), relating to the production and distribution of child pornography.

7. Title 18, United States Code, Section 2251(a) provides that any person who employs, uses, persuades, induces, entices, or coerces, or attempts to do so, any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, shall be punished as provided under subsection (e), if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

8. Title 18, United States Code, Section 2252A(a)(2) prohibits a person from knowingly receiving or distributing, or attempting or conspiring to receive or distribute, any child pornography or any material that contains child pornography, as defined in 18 U.S.C. § 2256(8), that has been mailed, or using any means of facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

## DEFINITIONS

9. The terms "minor" and "sexually explicit conduct" are defined in Title 18, United States Code, Sections 2256(1) and (2). The term "minor" is defined as "any person under the age of eighteen years." The term "sexually explicit conduct" means actual or simulated:

    a. Sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex;

    b. Bestiality;

    c. Masturbation;

    d. Sadistic or masochistic abuse; or

    e. Lascivious exhibition of the anus, genitals or pubic area of any person.

10. The term "computer," as used herein, is defined pursuant to Title 18, United States Code, Section 1030(e)(1), as "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device."

## FACTS AND CIRCIMSTANCES

11. On July 17, 2024, your affiant received information from the Somerset County Prosecutor's Office (SCPO) in Somerville, New Jersey identifying ASIA TAMARA BILLUPS as an individual producing and distributing multiple child pornography videos involving a toddler and an infant in Gloucester, Virginia.

12. On July 9, 2024, SCPO approached Michael Machonis in response to a National Center for Missing and Exploited Children (NCMEC) CyberTip 191357507. CyberTip 191357507

provided information regarding digital conversations or texts that pertain to the apparent enticement of a minor for sexual purposes via Snapchat.

13. On July 9, 2024, during a post-*Miranda* interview, Machonis initially denied possessing any sexually explicit images of children but later stated he received images of "babies" on WhatsApp from a female he met online, with a known telephone number XXX-XXX-7835. Machonis described the images as babies naked from the waist down, exposing their penis and vagina. Machonis advised SCPO the female he received the images from was "Tamara Billups," who was 18 years old in either North Carolina or Virginia. Machonis met BILLUPS on Snapchat and later became friends with BILLUPS on Discord and Facebook.

14. On July 9, 2024, at approximately 1155 hours, Machonis consented to a search of his silver/white iPhone 11 with a red case and password #669528. SCPO Detective Sean Fraser conducted a preview of said iPhone. SCPO Detective Fraser reviewed the WhatsApp conversation between Machonis and XXX-XXX-7835 and located numerous sexually explicit images exchanged of an African American female and of Machonis. SCPO Detective Fraser identified approximately four (4) sexually explicit videos depicting prepubescent children sent to Machonis from XXX-XXX-7835. A review of the WhatsApp conversation between Machonis and XXX-XXX-7835 also revealed a screenshot of BILLUP's Facebook account, username "Tamara Billups". The WhatsApp conversation between Machonis and BILLUPS began on approximately April 12, 2024.

15. On July 10, 2024, Meta Platforms, Inc. responded to a Subpoena Duces Tecum issued on July 9, 2024, for Facebook account "Tamara Billups" or Electronic Service Provider (ESP) User ID 61553232885881. Results revealed the following information:

asiatamara051@gmail.com (verified primary), asiatamara05@gmail.com (verified), date of birth: XX/XX/2005, registration date: 11/15/2023 19:57:44 UTC, and registration IP address 204.111.27.131.

16. On July 10, 2024, Shenandoah Telecommunication Company / Shentel responded to a Subpoena Duces Tecum issued on July 10, 2024, for IP address 204.111.27.131. Results revealed the IP address returned to Gloucester High School, Gloucester County Public Schools.

17. On July 16, 2024, TracFone Wireless responded to a Subpoena Duces Tecum issued on July 12, 2024, for telephone number XXX-XXX-7835. The following information was received: Credit Card Holder Information: ASIA BILLUPS, address: XXXX Ruth Dr., Gloucester, Virginia, phone number: XXX-XXX-7835.

18. On July 18, 2024, your affiant reviewed the sexually explicit video files depicting child pornography. The four (4) videos are described below.

19. On May 31, 2024, at approximately 11:19:29 PM(UTC+0), BILLUPS sent Machonis a video via WhatsApp approximately six (6) seconds in length, file name: 1evac0ff-314a-4422-b7cc-d0edab2f17dd.mp4, depicting a prepubescent male infant getting his diaper changed while an adult female exposes his penis into the camera and uses her right index finger to flick his penis multiple times. The conversation between BILLUPS and Machonis is as follows:

    a. On or about May 31, 2024
        i. BILLUPS: Hey
        ii. Machonis: Sup
        iii. BILLUPS: I haven't talked to u in a while I'm sorry
        iv. BILLUPS: [Sends sexually explicit video of prepubescent male infant – 6 seconds in length]
        v. Machonis: It's all good. I've been busy working on making a GTA FiveM RP server

   vi. BILLUPS: Oh ok cool
   vii. Machonis: Got any videos of the little pussy around there
   viii. BILLUPS: Not yet. Only the vid I sent
   ix. Machonis: Can you make some?
   x. BILLUPS: When I can yes. Hbu. Do u have any vids
   xi. Machonis: No vids because I don't know any minor that want to have fun
   xii. BILLUPS: Ok
   xiii. Machonis: It sucks especially when I'm horny and want to play

20. On June 1, 2024, at approximately 2:12:39 AM(UTC+0), BILLUPS sent Machonis a video via WhatsApp approximately 15 seconds in length, file name: d120be2f-f3f2-4e0c-a598-577f7daa20b5.mp4, depicting a prepubescent female toddler, nude from the waist down, holding a diaper, laying on a bed with sheets depicting pink and purple unicorns and stars. The camera is focused on the toddler's bare vagina while an adult female hand is seen using her fingers to spread open the toddler's bare vagina multiple times, even after the toddler is heard saying "ow, stop" and "it hurts". The adult female is heard saying "stop, I gotta wipe you".

21. On June 1, 2024, at approximately 2:13:27 AM(UTC+0), BILLUPS sent Machonis a video via WhatsApp approximately 21 seconds in length, file name: 95667936-0ffd-4752-8d1c-ddc83ff29326.mp4, depicting a prepubescent female toddler, nude from the waist down, laying on a bed with sheets depicting pink and purple unicorns and stars. The camera is focused on the toddler's bare vagina while the adult female spreads the toddler's vagina open multiple times and digitally penetrate the toddler's vagina. The toddler is heard saying "Ow, Asia that hurts, stop." The conversation between BILLUPS and Machonis is as follows:

  a. On or about June 1, 2024

   i. BILLUPS: [Sends sexually explicit video of prepubescent female toddler – 15 seconds in length]

    ii. BILLUPS: [Sends sexually explicit video of prepubescent female toddler – 21 seconds in length]
    iii. Machonis: Love how she was fighting you that's hot
    iv. BILLUPS: Glad u like it
    v. Machonis: I would force myself on here
    vi. BILLUPS: Mmm
    vii. BILLUPS: Would love that
    viii. Machonis: I wished she would let you either finger her or lick her
    ix. BILLUPS: I did both but forgot to record it
    x. Machonis: Wished they would let you do that again and film it
    xi. BILLUPS: Parents don't know. This isn't the same au t
    xii. Machonis: Oh even more hot
    xiii. BILLUPS: Yea. I wish u were here
    xiv. Machonis: What would we do if I was there
    xv. BILLUPS: Rape, and use her thoroughly
    xvi. Machonis: Hot

22. On June 1, 2024, at approximately 8:59:23 PM(UTC+0), BILLUPS sent Machonis a video via WhatsApp approximately one (1) minute and one (1) second in length, file name: b510ca82-65d0-41a9-b057-6608162d748e.mp4 depicting a prepubescent male infant, nude from the waist down, laying on a beige colored sheet. An adult female is seen fondling the infant's bare penis with her hands. The adult female's face is seen in the video performing oral sex on the infant's penis. The adult female then continues to fondle the infant's penis and digitally penetrates the infant's anus. The adult female depicts a light skinned, African American female resembling BILLUPS.

23. Through investigative means, open-source research, and the information received in the investigation, SCPO identified "Tamara Billups" as ASIA TAMARA BILLUPS (DOB: XX/XX/2005) residing at XXXX Ruth Drive Gloucester, Virginia 23061.

## CONCLUSION

24. Based upon the facts set forth above, I submit that probable cause exists to believe that ASIA TAMARA BILLUPS, within the Eastern District of Virginia and elsewhere, between on or about May 31, 2024, and June 1, 2024, has violated Title 18, United States Code, Sections 2251(a) and 2252A(a)(2).

FURTHER YOUR AFFIANT SAYETH NOT.

_____
Desirae E. Maldonado
Special Agent
FBI Child Exploitation Task Force
Federal Bureau of Investigation

Subscribed and sworn to telephonically this 18th day of July 2024, in the City of Norfolk, Virginia.

_____
The Honorable Robert J. Krask
UNITED STATES MAGISTRATE JUDGE