# FEDERAL BUREAU OF INVESTIGATION

Date of entry    09/27/2024

### CHILD VICTIM AND CHILD WITNESS IDENTITY INFORMATION

This document contains information regarding a child victim's or child witness's identity, which may only be disclosed to individuals who have a need-to-know such information by reason of their participation in the associated investigation or proceeding, or if disclosure is necessary to protect the welfare and well-being of the child.

On July 18, 2024, at approximately 5:20pm, Special Agent (SA) Desirae Maldonado and SA Keysha Bailey approached Chick-Fil-A management and advised they needed to speak with ASIA. A female resembling ASIA walked past Agents into the restroom while management looked for ASIA. Agents asked Chick-Fil-A management if the female was ASIA. Chick-Fil-A management did not answer Agents. After several moments, Agents approached ASIA after she exited the restroom. Agents advised ASIA they wanted to speak with her in private and requested to speak with ASIA in a vehicle parked outside for more privacy. ASIA agreed. ASIA had her cell phone on her person. While Agents were escorting ASIA to the vehicle, ASIA asked Agents if this had to do with check information as she believed she was scammed. Agents explained they would talk with ASIA in the vehicle. ASIA understood. ASIA voluntarily sat in the front passenger seat unrestrained.

On July 18, 2024, SA Desirae Maldonado and SA Jason Holsinger interviewed ASIA TAMARA BILLUPS in an FBI issued vehicle parked outside of the Chick-Fil-A restaurant located at 6780 Waltons Lane, Gloucester, Virginia. After being advised of the identity of the interviewing Agents and the nature of the interview, ASIA provided the following information:

***ASIA's statements were memorialized via an audio recording. The recording will stand as the official record. The following is solely a summary of portions of the recording.***

At approximately 5:37pm, SA Maldonado advised ASIA of her *Miranda Rights* via the Advice of Rights FD-395 form. ASIA read the FD-395 and waived her rights to speak with Agents.

---

Investigation on  07/18/2024  at  Gloucester, Virginia, United States (In Person)

File #  305G-NF-3949558                                Date drafted  08/06/2024

by  Desirae Elyse Maldonado, BAILEY KEYSHA LAVERNE, Jason Holsinger

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

305G-NF-3949558

Continuation of FD-302 of (U) Interview of ASIA BILLUPS, On 07/18/2024, Page 2 of 8

Agents asked ASIA about the check information she was referring to. ASIA explained she received two checks through her email. Langley Federal Credit Union (FCU) called ASIA and explained the checks were fraudulent and shut down ASIA's online mobile banking.

ASIA's cell phone provider was StraightTalk and she had an Android cell phone. Agents asked why ASIA had her cell phone when Chick-Fil-A was pretty strict with their employee cell phone policy. ASIA explained because she was going to the bathroom and was returning a phone call. ASIA initially told Agents she was calling her mom, but corrected herself and stated she was returning a phone call. ASIA's older sister, LIYA BILLUPS, was in charge and allowed ASIA to have her cell phone. ASIA's younger sister, ARMANI BILLUPS [JUVENILE/MINOR PROTECT IDENTITY], and older sister, LIYA, both worked with ASIA in the back of the Chick-Fil-A. ASIA has been working for Chick-Fil-A for two years.

ASIA had two sisters and two younger brothers, I█████ BILLUPS [JUVENILE/MINOR PROTECT IDENTITY] and I█████ BILLUPS [JUVENILE/MINOR PROTECT IDENTITY]. ASIA's father passed away in March 2024. ASIA, LIYA, and her mom were the only ones who had cell phones. LIYA had an Android Samsung and her mom had an iPhone. ASIA's phone number was 757-771-7835 and her mom's phone number was 757-268-5954. ASIA, LIYA, and her mom each had and paid for their own cell phone plan. ASIA's mom paid for the Wi-Fi in her home. ASIA used her cell phone data and her home Wi-Fi. ASIA was unsure what the Wi-Fi password was and who the Wi-Fi provider was because her mom paid for the Wi-Fi.

[Agent Note: Agents know ASIA's mother as FELICIA BILLUPS.]

ASIA used CashApp and Paypal financial applications on her phone. ASIA had a Facebook page, but did not really use it. ASIA used her middle name, "Tamara", on her social media accounts. ASIA also had an Instagram, TikTok, and Snapchat. ASIA got rid of her Instagram and TikTok accounts because they were distractions. ASIA mainly used Snapchat. ASIA used to have WhatsApp, but did not use it anymore because random people, mainly foreigners with +234 numbers, used to add and text ASIA on WhatsApp. ASIA had WhatsApp for about three or four months and stopped using it around May or June 2024. ASIA got WhatsApp because a family friend sent ASIA recordings of ASIA's father to ASIA. ASIA believed she downloaded Discord, but did not use it.

ASIA was originally from Virginia. ASIA had family that lived in New Jersey, Florida, and South Carolina. ASIA also had family that lived locally in Gloucester, Virginia. ASIA's dad's sister, ARNESIA, and brother, JONATHAN, lived locally. All of ASIA's dad's siblings had their own

families, but ARNESIA and JONATHAN lived in Gloucester, Virginia. Her dad's other sister, who had older children, lived across the Coleman Bridge in Yorktown, Virginia. ASIA had a lot of cousins. ASIA hung out with her dad's nephew's family and ARNESIA's family. ARNESIA's children were all older in their 20s. ASIA sometimes hung out with JONATHAN's family, but they were younger and toddlers. JONATHAN had five children, one of which was a son from another marriage. The rest of the children were younger – one was just born, one was three-years-old, one was four-years-old, and one was six-years-old. ASIA watched the baby, but not that often. ASIA used to stay the night at JONATHAN's house, but not as often anymore because her mom did not go out as often after her dad passed away.

ASIA's family attended the Holy Temple Church in Gloucester, Virginia.

At this point in the interview, SA Maldonado explained she received information involving online illegal activity that did not involve bank fraud and asked ASIA if she knew what activity that could be. ASIA did not. SA Maldonado explained she worked crimes against children and had some photos she wanted to show ASIA to see if ASIA recognized any of the faces in the photos. ASIA identified the first photo as ▮▮▮▮ BILLUPS [JUVENILE/MINOR PROTECT IDENTITY], her Uncle JONATHAN's kid. DESTINY was four or five-years-old, the middle child. ASIA identified the second photo as ▮▮▮▮ BILLUPS [JUVENILE/MINOR PROTECT IDENTITY], the newborn baby of JONATHAN's family. JONATHAN's family lived in Gloucester, Virginia off of Highway 17 in a trailer by the 7-11 convenience store and car place. JONATHAN was married to SHENTIA BILLUPS. ASIA last saw JONATHAN's family on July 16, 2024, at ASIA's house. They dropped off the kids, so ASIA and her sisters watched the kids for them. SHENTIA worked at Wal-Mart. ASIA was unsure where JONATHAN worked. ASIA did not go over to JONATHAN's house very often anymore. If ASIA did go over to their house, it was usually because her younger siblings were going over. ASIA did not go over to JONATHAN's house solely to watch the kids.

ASIA believed she had seen ▮▮▮▮ in the shirt she was wearing in the photo SA Maldonado presented. ASIA believed she had seen the onesie ▮▮▮▮ was wearing in the photo SA Maldonado presented, but ▮▮▮▮ had a lot of clothes. ▮▮▮▮ was three or four-months-old.

SA Maldonado showed ASIA one additional photo and explained the photo contained feet and a sheet. ASIA stated they looked like ▮▮▮▮ sheets from SHENTIA's house or from her Aunt LUCIA's house from her mom's side of the family. The photo did not look familiar.

SA Holsinger used GoogleMaps to show ASIA the area she described where

305G-NF-3949558 Serial 38
FD-302a (Rev. 5-8-10)
Case 4:24-cr-00070-AWA-DEM   Document 31-1   Filed 11/26/24   Page 4 of 8 PageID# 87

305G-NF-3949558
Continuation of FD-302 of (U) Interview of ASIA BILLUPS, On 07/18/2024, Page 4 of 8

JONATHAN lived. ASIA identified the trailer in GoogleMaps.

SA Maldonado asked ASIA if she recalled talking to someone named "Mike." ASIA recalled talking to "Mike" on Snapchat. Her and "Mike" were in a relationship and he was in Africa. ASIA broke things off with "Mike" either this week or last week because she felt the relationship was toxic because he guilted her into feeling a certain way. "Mike's" Snapchat name was "MikeSteve". ASIA found him by randomly adding him on Snapchat a little after November 15, 2023, when she turned 18 years old. ASIA's mom was very strict about social media and did not allow ASIA to get social media until she turned 18 years old. ASIA could only use her phone to call people. "Mike" initiated the conversation on Snapchat. They used to video chat on Snapchat as well. "Mike" showed his face in the video chats, but ASIA did not. ASIA believed "Mike" was 23 years old. "Mike" used to ask ASIA for money, but in small increments, such as $5.00. ASIA never sent him money.

ASIA could not remember another "Mike" she spoke to on a different platform. If she did, it would have been a small conversation that she could not remember. ASIA also did not know the name MACHONIS. ASIA did not know anyone named "Mike" or MACHONIS in New Jersey.

[*Agent note: MICHAEL MACHONIS, also known as MIKE MACHONIS, was identified by New Jersey law enforcement officials as the recipient of the child sexual abuse material (CSAM) ASIA provided via WhatsApp.*]

People asked ASIA for sexually explicit photos on Snapchat and WhatsApp. People have also sent her sexually explicit photos on Snapchat and WhatsApp. ASIA could only remember maybe two individuals who sent her photos on WhatsApp, one guy was black and one guy was white. Multiple people sent her photos on Snapchat. The white guy had longer hair, but he cut it. ASIA could not remember where he was from, but believed it was in the United States. Both individuals spoke English. The black guy had an accent. ASIA believed he was from Kenya or Nigeria. ASIA talked with the white guy for two to three months and talked with the black guy off and on every couple of days and weeks.

ASIA talked with these people about "grown" and "out there" stuff. ASIA clarified "grown" and "out there" meant sexting and adult stuff. ASIA talked with the white guy about gaming and adult stuff. The white guy used to call ASIA various terms of endearment and "Tamara". ASIA believed the white guy told her his name, but she could not remember what it was. ASIA never called anyone online by their name. The white guy was "more out there". There was a lot of sexually explicit conversation and role/age play with the white guy. The white guy wanted ASIA to call him "Daddy" and he would call ASIA

305G-NF-3949558

Continuation of FD-302 of (U) Interview of ASIA BILLUPS, On 07/18/2024, Page 5 of 8

"babygirl." ASIA believed he called her that because she was younger than him. The white guy also wanted feet pictures, but ASIA was not for that. The white guy wanted ASIA to pretend she was his kid. ASIA thought it was because she was younger than him, but still an adult. That was how she took it because of the terms "daddy" and "babygirl". He would say things like "Daddy wants you". The white guy was sexually graphic and very specific about what he wanted sexually. The white guy talked about ASIA being his kid, but not about other kids. ASIA took it as her being her age at 18 and not any younger than that because that was a "no" for her. The white guy asked ASIA to do certain things that she did not want to do, so she did not send him videos or pictures of those requests. He asked ASIA to send him videos of her doing things to herself. ASIA believed he asked her to send him a video of her with a guy. ASIA had never been with a guy like that. ASIA sent him videos and pictures of herself and not anyone else. He never forced or threatened ASIA to send pictures or videos of herself that she did not want to do. He also asked her if she was ever going to be with a dog. ASIA did not do that stuff or with kids. He did not ask ASIA for stuff with kids though. ASIA has had people ask her about being with a kid through Snapchat. They started asking her for pictures of herself and then asked if she would ever be with a minor. ASIA told them "no" and blocked them. ASIA could not remember who those individuals were. ASIA did not do things with minors.

ASIA believed the dog thing was the craziest thing that was asked of her. The questions started with "what would you do and what would you not do?" and then the white guy started asking her "would you do this?". The questions progressed to BDSM and then to beastiality. The white guy did not progress to asking for kid stuff. Two other people asked ASIA for kid stuff, but they were blocked on Snapchat, and maybe one on WhatsApp. ASIA did not receive videos or photos of these individuals with children. Someone sent ASIA a video of them with a petite, adult girl performing sex acts.

At this point in the interview. SA Maldonado read multiple chats from WhatsApp out loud to ASIA. ASIA believed the first chat could be with the white guy on WhatsApp because he was a gamer. Most, but not all, of the chats sounded familiar to ASIA. SA Maldonado explained there were videos sent in the chats. ASIA believed they were just of her. SA Maldonado explained ASIA was in the videos, but there were other individuals in the videos. ASIA did not recall sending videos with anyone else in them besides herself. ASIA recalled taking videos of herself playing with ELIJAH, but "not like that," just regularly playing with him. ASIA did not change ELIJAH's diaper often.

SA Maldonado read more chats out loud to ASIA. The chats did not sound

familiar to ASIA. SA Maldonado informed ASIA two videos were sent in that chat and depicted DESTINY. ASIA did not remember having videos with DESTINY. ASIA did not change DESTINY's diaper much since she was in pull-ups. ASIA would help DESTINY with her pull-up and wipes and let her do her own thing.

ASIA stated she was saying she did not remember instead of saying she did not do the videos because Agents explained they had the videos and she did not believe the Agents were lying. ASIA only touched DESTINY and ELIJAH in their private areas while she was changing them, but that was when they were younger. ASIA never recorded changing them and was unaware if anyone else recorded her. There were people around when she would change DESTINY and ELIJAH.

SA Maldonado informed ASIA her name was said in the videos and her face can be seen. ASIA questioned Agents about the videos and if they were sure she was in the videos. ASIA did not have videos with others like that and had only filmed herself. SA Maldonado informed ASIA the videos were retrieved from the white guy's phone whom she mentioned talking to on WhatsApp. ASIA did not remember the videos and did not remember sending him anything like that.

ASIA was adamant she did not remember making the videos. SA Maldonado informed ASIA there were four videos. ASIA did not remember making the videos and never talked about doing "that stuff". ASIA was asked to send videos of her and other people, to include her family, but ASIA assumed it was with adult family members. ASIA has little brothers and cousins and she would never want to do that stuff with them. ASIA could not remember if the white guy asked her to do things with a minor.

Agents asked if there was a reason ASIA could not remember. ASIA stated she vaped, but that did not make people forget things. ASIA would tell Agents if someone did ask her to do anything like that. There was no point in lying to Agents because Agents had the chats and videos. ASIA just could not remember the videos. ASIA stated the white guy would have had to ask ASIA to do those things in order for her to send them. ASIA did not initiate sending the videos. The big "no" ASIA could remember was about doing stuff with dogs.

ASIA got tired of talking to people like that and her mom found out recently what she was doing online. ASIA knew those were things she should not have been doing and was disappointed in herself for it. It was mainly because she needed money to find a way to pay for college. ASIA could not get a second job. The chatting all started before ASIA's dad passed away. After her dad passed away, ASIA was engaging in the chats and sending

305G-NF-3949558

Continuation of FD-302 of (U) Interview of ASIA BILLUPS , On 07/18/2024 , Page 7 of 8

pictures a lot more.

ASIA was not happy with herself. The white guy did not pay her, but others did. ASIA was offered money to do sexually explicit acts and send pictures and videos of it. She produced the videos and pictures because she needed money for college. ASIA stated she went too far in general. ASIA could not remember the specific videos with DESTINY and ELIJAH. People asked her about doing stuff with her family and she told them "no" because that was a "no" for her. ASIA did not believe a memory could be removed by her vaping. ASIA would not lie to Agents because it would make it worse. She would not do that stuff with kids and she went too far with the things she was doing to herself. The only thing ASIA could think of was that she was not in the right state of mind. ASIA also did edibles but did not believe they made her forget things or take a memory from her.

SA Maldonado informed ASIA they had a search warrant for her residence and they were going to seize her phone. ASIA understood and provided Agents with her phone passcode: 986375.

At this point in the interview Agents explained the importance of the victims to ASIA. ASIA understood and asked if she was going with Agents. Agents confirmed. ASIA loved those kids and wanted them helped. ASIA experienced hands-on abuse at school when she was younger, but never told anyone. ASIA did not know the person, but believed it was another parent. ASIA expressed that would not have led her to do that to somebody else, like another kid.

ASIA expressed she would never do that and that was her family. ASIA told Agents if they did not have videos, she would tell Agents they were lying. ASIA did not remember having a conversation about kids with the white guy. ASIA stated her family has already been through enough with losing her dad and she could not even remember anything about the videos. ASIA loved those kids and never once thought about doing something to the kids.

Agents explained the next steps in her arrest and transport. Agents explained the courthouse was closed so two other Agents were going to transport her to Western Tidewater Regional Jail. Agents would pick her up from Western Tidewater Regional Jail in the morning for her initial appearance. Agents explained the rest of the judicial process to ASIA. ASIA understood.

ASIA wanted to remember the videos but could not. ASIA did not believe it happened more than what Agents said it did because she would have remembered. ASIA apologized to Agents for not being able to help them out

more. ASIA could not see herself doing that to the kids because those kids and her family meant a lot to her.

SA Maldonado asked ASIA if there was anything at Chick-Fil-A she wanted her to grab and give to her sisters or mom. ASIA stated she had a small black bag and black furry jacket in the back. ASIA did not want her sisters knowing what was going on and asked SA Maldonado to grab her stuff from LIYA. ASIA wanted her belongings delivered to her mom. SA Maldonado stated she would deliver ASIA's belongings to ASIA's mom at her residence.

Agents used their FBI issued vehicle to block the view from Chick-Fil-A for more privacy to transfer custody of ASIA to SA Dave Desy and SA Alex Evitts.

Before transferring custody, ASIA asked if Agents knew the individual the videos were sent to. Agents confirmed they did. ASIA asked If she would be allowed to call her mom at Western Tidewater Regional Jail. SA Maldonado confirmed she could. While transferring custody, ASIA stated "it's sad that whatever just ruined my life, I can't even remember it."

Custody was transferred to SA Desy and SA Evitts for transport. ASIA denied needing any medications.

SA Maldonado went inside Chick-Fil-A and retrieved ASIA's belongings from LIYA. Agents immediately transported ASIA's belongings to her mother, FELICIA BILLUPS, at her residence located at 6282 Ruth Drive, Gloucester, Virginia.