IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Newport News Division*


FILED IN OPEN COURT
FEB 10 2025
CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CRIMINAL NO. 4:24-cr-70 |
| v. | ) |
| | ) |
| ASIA TAMARA BILLUPS, | ) 18 U.S.C. §§ 2251(a) and (e) |
| (Counts 1, 3, 4, 6, 7, 9, 10, 13, & 14) | ) Conspiracy to Produce Child Pornography |
| | ) (Count 1) |
| MICHAEL J. MACHONIS, | ) |
| (Counts 1, 2, 3, 5, 6, 8, 9, 11, 12, 13, & 15) | ) 18 U.S.C. § 2422(b) |
| | ) Coercion and Enticement |
| Defendants. | ) (Counts 2 & 12) |
| | ) |
| | ) 18 U.S.C. §§ 2251(a), (e), and 2 |
| | ) Production of Child Pornography |
| | ) (Counts 3, 6, 9, & 13) |
| | ) |
| | ) 18 U.S.C. §§ 2252A(a)(2) and (b)(1) |
| | ) Distribution of Child Pornography |
| | ) (Counts 4, 7, 10, & 14) |
| | ) |
| | ) 18 U.S.C. §§ 2252A(a)(2) and (b)(1) |
| | ) Receipt of Child Pornography |
| | ) (Counts 5, 8, 11, & 15) |
| | ) |
| | ) 18 U.S.C. §§ 2253 & 2428 |
| | ) Criminal Forfeiture |

**SUPERSEDING INDICTMENT**

FEBRUARY 2025 TERM – at Newport News, Virginia

1

## **DEFINITIONS AND GENERAL ALLEGATIONS**

At all times relevant to this Superseding Indictment:

1.      The term "minor" is defined as set forth in Title 18, United States Code, Section 2256(1).

2.      The term "sexually explicit conduct" is defined as set forth in Title 18, United States Code, and Section 2256(2).

3.      The term "visual depiction" is defined as set forth in Title 18, United States Code, Section 2256(5).

4.      The term "child pornography" is defined as set forth in Title 18, United States Code, Section 2256(8).

5.      The defendant, ASIA TAMARA BILLUPS, and victims Jane Doe and John Doe resided in the Eastern District of Virginia.

6.      Jane Doe and John Doe were children under the age of 18 years at the time of the alleged violations.

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>

(Conspiracy to Produce Child Pornography)

On or about April 12, 2024 to on or about July 1, 2024, within the Eastern District of Virginia and elsewhere, defendant ASIA TAMARA BILLUPS, and co-conspirator MICHAEL J. MACHONIS, did knowingly and willfully conspire and agree with each other to knowingly employ, use, persuade, induce, entice, and coerce Jane Doe and John Doe, minor children, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, and BILLUPS and MACHONIS knew and had reason to know that such visual depictions would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depictions had actually been transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

(In violation of Title 18 United States Code, Sections 2251(a) and (e)).

3

## COUNT TWO

(Coercion and Enticement)

On or about May 31, 2024, in the Eastern District of Virginia and elsewhere, the defendant, MICHAEL J. MACHONIS, using a facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce an individual who has not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, to wit, Production of Child Pornography, in violation of Title 18, United States Code, Section 2251.

(In violation of Title 18, United States Code, Section 2422(b)).

## COUNT THREE

(Production of Child Pornography)

On or about May 31, 2024, in the Eastern District of Virginia and elsewhere, the defendants, ASIA TAMARA BILLUPS and MICHAEL J. MACHONIS, did knowingly and attempted to employ, use, persuade, induce, entice, and coerce a minor, John Doe, who had not attained the age of 18 years, to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), specifically, lascivious exhibition of the anus, genitals, or pubic area of John Doe and sadistic or masochistic abuse of 4-month-old John Doe, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted using any means and facility of interstate and foreign commerce and was produced and transmitted using material that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18 United States Code, Sections 2251(a), (e), and 2).

## COUNT FOUR

(Distribution of Child Pornography)

On or about May 31, 2024, in the Eastern District of Virginia and elsewhere, the defendant, ASIA TAMARA BILLUPS, knowingly distributed material containing an image of child pornography as defined by 18 United States Code § 2256(8), to wit: "1evac0ff-314a-4422-b7cc-d0edab2f17dd.mp4" a 6-second, video file depicting actual and simulated lascivious exhibition of the defendant engaged in sexually explicit conduct with a 4-month-old John Doe, specifically, lascivious exhibition of the anus, genitals, or pubic area of John Doe and sadistic or masochistic abuse of 4-month-old John Doe, that had been mailed using any means and facility of interstate and foreign commerce shipped and transported in or affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1)).

## COUNT FIVE

(Receipt of Child Pornography)

On or about May 31, 2024, in the Eastern District of Virginia and elsewhere, the defendant, MICHAEL J. MACHONIS, knowingly received material containing an image of child pornography as defined by 18 United States Code § 2256(8), to wit: "1evac0ff-314a-4422-b7cc-d0edab2f17dd.mp4" a 6-second, video file depicting actual and simulated lascivious exhibition of the defendant engaged in sexually explicit conduct with a 4-month-old John Doe, specifically, lascivious exhibition of the anus, genitals, or pubic area of John Doe and sadistic or masochistic abuse of 4-month-old John Doe, that had been mailed using any means and facility of interstate and foreign commerce shipped and transported in or affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1)).

## COUNT SIX

(Production of Child Pornography)

On or about May 31, 2024, in the Eastern District of Virginia and elsewhere, the defendants, ASIA TAMARA BILLUPS and MICHAEL J. MACHONIS, did knowingly and attempted to employ, use, persuade, induce, entice, and coerce a minor, Jane Doe, who had not attained the age of 18 years, to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), specifically, lascivious exhibition of the anus, genitals, or pubic area of Jane Doe and sadistic or masochistic abuse of 3-year-old Jane Doe, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted using any means and facility of interstate and foreign commerce and was produced and transmitted using material that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18 United States Code, Sections 2251(a), (e), and 2).

## COUNT SEVEN

(Distribution of Child Pornography)

On or about May 31, 2024, in the Eastern District of Virginia and elsewhere, the defendant, ASIA TAMARA BILLUPS, knowingly distributed material containing an image of child pornography as defined by 18 United States Code § 2256(8), to wit: "d120be2f-f3f2-4e0c-a598-577f7daa20b5.mp4" a 15-second, video file depicting actual and simulated lascivious exhibition of the defendant engaged in sexually explicit conduct with a 3-year-old Jane Doe, specifically, lascivious exhibition of the anus, genitals, or pubic area of Jane Doe and sadistic or masochistic abuse of 3-year-old Jane Doe, that had been mailed using any means and facility of interstate and foreign commerce shipped and transported in or affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1)).

## COUNT EIGHT

(Receipt of Child Pornography)

On or about May 31, 2024, in the Eastern District of Virginia and elsewhere, the defendant, MICHAEL J. MACHONIS, knowingly received material containing an image of child pornography as defined by 18 United States Code § 2256(8), to wit: "d120be2f-f3f2-4e0c-a598-577f7daa20b5.mp4" a 15-second, video file depicting actual and simulated lascivious exhibition of the defendant engaged in sexually explicit conduct with a 3-year-old Jane Doe, specifically, lascivious exhibition of the anus, genitals, or pubic area of Jane Doe and sadistic or masochistic abuse of 3-year-old Jane Doe, that had been mailed using any means and facility of interstate and foreign commerce shipped and transported in or affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1)).

## COUNT NINE

(Production of Child Pornography)

On or about May 31, 2024, in the Eastern District of Virginia, the defendants, ASIA TAMARA BILLUPS and MICHAEL J. MACHONIS, did knowingly and attempted to employ, use, persuade, induce, entice, and coerce a minor, Jane Doe, who had not attained the age of 18 years, to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), specifically, lascivious exhibition of the anus, genitals, or pubic area of Jane Doe and sadistic or masochistic abuse of 3-year-old Jane Doe, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted using any means and facility of interstate and foreign commerce and was produced and transmitted using material that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18 United States Code, Sections 2251(a), (e), and 2).

## COUNT TEN

(Distribution of Child Pornography)

On or about May 31, 2024, in the Eastern District of Virginia and elsewhere, the defendant, ASIA TAMARA BILLUPS, knowingly distributed material containing an image of child pornography as defined by 18 United States Code § 2256(8), to wit: "95667936-0ffd-4752-8d1c-ddc83ff29326.mp4" a 21-second, video file depicting actual and simulated lascivious exhibition of the defendant engaged in sexually explicit conduct with a 3-year-old Jane Doe, specifically, lascivious exhibition of the anus, genitals, or pubic area of Jane Doe and sadistic or masochistic abuse of 3-year-old Jane Doe, that had been mailed using any means and facility of interstate and foreign commerce shipped and transported in or affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1)).

## COUNT ELEVEN

(Receipt of Child Pornography)

On or about May 31, 2024, in the Eastern District of Virginia and elsewhere, the defendant, MICHAEL J. MACHONIS, knowingly received material containing an image of child pornography as defined by 18 United States Code § 2256(8), to wit: "95667936-0ffd-4752-8d1c-ddc83ff29326.mp4" a 21-second, video file depicting actual and simulated lascivious exhibition of the defendant engaged in sexually explicit conduct with a 3-year-old Jane Doe, specifically, lascivious exhibition of the anus, genitals, or pubic area of Jane Doe and sadistic or masochistic abuse of 3-year-old Jane Doe, that had been mailed using any means and facility of interstate and foreign commerce shipped and transported in or affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1)).

## COUNT TWELVE

(Coercion and Enticement)

On or about June 1, 2024, in the Eastern District of Virginia and elsewhere, the defendant, MICHAEL J. MACHONIS, using a facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce an individual who has not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, to wit, Production of Child Pornography, in violation of Title 18, United States Code, Section 2251.

(In violation of Title 18, United States Code, Section 2422(b)).

## COUNT THIRTEEN

(Production of Child Pornography)

On or about June 1, 2024, in the Eastern District of Virginia, the defendants, ASIA TAMARA BILLUPS and MICHAEL J. MACHONIS, did knowingly and attempted to employ, use, persuade, induce, entice, and coerce a minor, John Doe, who had not attained the age of 18 years, to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), specifically, actual and simulated oral-genital sexual intercourse; actual and simulated masturbation; and sadistic or masochistic abuse of 4-month-old John Doe, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted using any means and facility of interstate and foreign commerce and was produced and transmitted using material that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18 United States Code, Sections 2251(a), (e), and 2).

## COUNT FOURTEEN

(Distribution of Child Pornography)

On or about June 1, 2024, in the Eastern District of Virginia and elsewhere, the defendant, ASIA TAMARA BILLUPS, knowingly distributed material containing an image of child pornography as defined by 18 United States Code § 2256(8), to wit: "b510ca82-65d0-41a9-b057-6608162d748e.mp4" a 1-minute, 1-second, video file depicting actual and simulated lascivious exhibition of the defendant engaged in sexually explicit conduct with a 4-month-old John Doe, specifically, actual and simulated oral-genital sexual intercourse; actual and simulated masturbation; and sadistic or masochistic abuse of John Doe, that had been mailed using any means and facility of interstate and foreign commerce shipped and transported in or affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1)).

## COUNT FIFTEEN

(Receipt of Child Pornography)

On or about June 1, 2024, in the Eastern District of Virginia and elsewhere, the defendant, MICHAEL J. MACHONIS, knowingly received material containing an image of child pornography as defined by 18 United States Code § 2256(8), to wit: "b510ca82-65d0-41a9-b057-6608162d748e.mp4" a 1-minute, 1-second, video file depicting actual and simulated lascivious exhibition of the defendant engaged in sexually explicit conduct with a 4-month-old John Doe, specifically, actual and simulated oral-genital sexual intercourse; actual and simulated masturbation; and sadistic or masochistic abuse of John Doe, that had been mailed using any means and facility of interstate and foreign commerce shipped and transported in or affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1)).

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. Pursuant to Rule 32.2(a) FED. R. CRIM. P., the defendants are hereby notified that, if convicted of any of the violations alleged in this Information, the defendants shall forfeit the following property to the United States as part of the sentencing:

   a. any and all matter which contains child pornography or any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2251 *et seq.*;

   b. any and all property, real or personal, used or intended to be used to commit or to promote the commission of violations of Title 18, United States Code, Section 2251 *et seq.*, and any property traceable to such property; and

   c. any and all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the violations of Title 18, United States Code, Section 2251 *et seq*.

2. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

3. The property subject to forfeiture includes, but is not limited to, the following:

   - A black Samsung cellular telephone, model SM-S546VL(GP), IMEI: 355968932524316, in the custody of the Federal Bureau of Investigation since July 18, 2024.

   (In accordance with Title 18, United States Code, Section 2253).

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

<u>United States v. Asia Tamara Billups, et al.</u>
Criminal No. 4:24-cr-70

A TRUE BILL:

**REDACTED COPY**

_____
FOREPERSON

ERIK S. SIEBERT
UNITED STATES ATTORNEY

By: _____
Peter Osyf
Assistant United States Attorney
United States Attorneys' Office
One City Center
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
Tel. (757) 591-4000
Fax: (757) 591-0866
Peter.Osyf@usdoj.gov