ORIGINAL

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Michael J. Machonis<br><br>*Defendant* | )<br>)<br>) Case No. 4:24cr70<br>) FID: 11765392<br>) FBI<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Michael J. Machonis,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
OFFENSE: T.2251(a) and (e)- Conspiracy to produce Child Pornography- Count One, et al

Date: 02/10/2025

*Issuing officer's signature*

City and state: Newport News, VA    Douglas Miller, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 02/11/2025, and the person was arrested on *(date)* 02/13/2025
at *(city and state)* D/NJ.

Date: 03/05/2025

*Arresting officer's signature*

C. TERRY  DUSM
*Printed name and title*

# Executed for D/NJ #

Received FEB 11 2025 P 12:15 United States Marshal Eastern District of Virginia