From: 17577717835@s.whatsapp.net Tamara

Oh ok cool

Status: Read

Platform: Mobile

5/31/2024 11:20:43 PM(UTC+0)

Source Info:
00008030-00122DE9343A202E_files_full-
exte.zip/private/var/mobile/Containers/Shared/AppGroup/56307D9A-7ADC-4085-AC12-
90F8A920F489/ChatStorage.sqlite : 0x260531 (Table: ZWAMESSAGE,
ZWAPROFILEPUSHNAME: Size: 3072000 bytes)
00008030-00122DE9343A202E_files_full-
exte.zip/private/var/mobile/Containers/Shared/AppGroup/56307D9A-7ADC-4085-AC12-
90F8A920F489/ContactsV2.sqlite : 0x136C5 (Table: ZWAADDRESSBOOKCONTACT; Size:
90112 bytes)

From: 19084490858@s.whatsapp.net Mike (owner)
To: 17577717835@s.whatsapp.net Tamara

Got any videos of the little pussy around there

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 17577717835@s.whatsapp. net Tamara | 5/31/2024 11:21:31 PM(UTC+0) | 5/31/202 4 11:24:08 PM(UTC +0) | |

Status: Read

Platform: Mobile

5/31/2024 11:21:31 PM(UTC+0)

Source Info:
00008030-00122DE9343A202E_files_full-
exte.zip/private/var/mobile/Containers/Shared/AppGroup/56307D9A-7ADC-4085-AC12-
90F8A920F489/ChatStorage.sqlite.sqlite : 0x26071A (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME;
Size: 3072000 bytes)
00008030-00122DE9343A202E_files_full-
exte.zip/private/var/mobile/Containers/Shared/AppGroup/56307D9A-7ADC-4085-AC12-
90F8A920F489/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0xC557 (Size: 64825
bytes)
00008030-00122DE9343A202E_files_full-
exte.zip/private/var/mobile/Containers/Shared/AppGroup/56307D9A-7ADC-4085-AC12-
90F8A920F489/ContactsV2.sqlite : 0x136C5 (Table: ZWAADDRESSBOOKCONTACT; Size: 90112
bytes)

From: 17577717835@s.whatsapp.net Tamara

Not yet. Only the vid I sent

Status: Read

Platform: Mobile

5/31/2024 11:24:08 PM(UTC+0)

Source Info:
00008030-00122DE9343A202E_files_full-
exte.zip/private/var/mobile/Containers/Shared/AppGroup/56307D9A-7ADC-4085-AC12-
90F8A920F489/ChatStorage.sqlite : 0x26066A (Table: ZWAMESSAGE,
ZWAPROFILEPUSHNAME; Size: 3072000 bytes)
00008030-00122DE9343A202E_files_full-
exte.zip/private/var/mobile/Containers/Shared/AppGroup/56307D9A-7ADC-4085-AC12-
90F8A920F489/ContactsV2.sqlite : 0x136C5 (Table: ZWAADDRESSBOOKCONTACT; Size:
90112 bytes)

538

PROD001_00000363

From: 19084490858@s.whatsapp.net Mike (owner)
To: 17577717835@s.whatsapp.net Tamara

Can you make some?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 17577717835@s.whatsapp.net Tamara | 5/31/2024 11:27:26 PM(UTC+0) | 5/31/2024 11:27:57 PM(UTC+0) | |

Status: Read
Platform: Mobile

5/31/2024 11:27:25 PM(UTC+0)

Source Info:
00008030-00122DE9343A202E_files_full-
exte.zip/private/var/mobile/Containers/Shared/AppGroup/56307D9A-7ADC-4085-AC12-
90F8A920F489/ChatStorage.sqlite : 0x260228 (Table: ZWAMESSAGE,
ZWAPROFILEPUSHNAME; Size: 3072000 bytes)
00008030-00122DE9343A202E_files_full-
exte.zip/private/var/mobile/Containers/Shared/AppGroup/56307D9A-7ADC-4085-AC12-
90F8A920F489/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist . 0xC557
(Size: 64825 bytes)
00008030-00122DE9343A202E_files_full-
exte.zip/private/var/mobile/Containers/Shared/AppGroup/56307D9A-7ADC-4085-AC12-
90F8A920F489/ContactsV2.sqlite : 0x136C5 (Table: ZWAADDRESSBOOKCONTACT; Size:
90112 bytes)

From: 17577717835@s.whatsapp.net Tamara

When I can yes. Hbu. Do u have any vids

Status: Read
Platform: Mobile

5/31/2024 11:27:57 PM(UTC+0)

Source Info:
00008030-00122DE9343A202E_files_full-
exte.zip/private/var/mobile/Containers/Shared/AppGroup/56307D9A-7ADC-4085-AC12-
90F8A920F489/ChatStorage.sqlite : 0x2600A6 (Table: ZWAMESSAGE,
ZWAPROFILEPUSHNAME; Size: 3072000 bytes)
00008030-00122DE9343A202E_files_full-
exte.zip/private/var/mobile/Containers/Shared/AppGroup/56307D9A-7ADC-4085-AC12-
90F8A920F489/ContactsV2.sqlite : 0x136C5 (Table: ZWAADDRESSBOOKCONTACT; Size:
90112 bytes)

From: 19084490858@s.whatsapp.net Mike (owner)
To: 17577717835@s.whatsapp.net Tamara

No vids because I don't know any minors that want to have fun

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 17577717835@s.whatsapp.net Tamara | 5/31/2024 11:28:52 PM(UTC+0) | 5/31/2024 11:33:25 PM(UTC+0) | |

Status: Read
Platform: Mobile

5/31/2024 11:28:51 PM(UTC+0)

Source Info:
00008030-00122DE9343A202E_files_full-exte.zip/private/var/mobile/Containers/Shared/AppGroup/56307D9A-
7ADC-4085-AC12-90F8A920F489/ChatStorage.sqlite : 0x21F1DF (Table: ZWAMESSAGE,
ZWAPROFILEPUSHNAME; Size: 3072000 bytes)
00008030-00122DE9343A202E_files_full-exte.zip/private/var/mobile/Containers/Shared/AppGroup/56307D9A-
7ADC-4085-AC12-90F8A920F489/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0xC557 (Size:
64825 bytes)
00008030-00122DE9343A202E_files_full-exte.zip/private/var/mobile/Containers/Shared/AppGroup/56307D9A-
7ADC-4085-AC12-90F8A920F489/ContactsV2.sqlite : 0x136C5 (Table: ZWAADDRESSBOOKCONTACT; Size:
90112 bytes)

539

PROD001_00000364

From: 17577717835@s.whatsapp.net Tamara

Ok

Status: Read

Platform: Mobile

5/31/2024 11:33:25 PM(UTC+0)

Source Info:
00008030-00122DE9343A202E_files_full-
exte.zip/private/var/mobile/Containers/Shared/AppGroup/56307D9A-7ADC-4085-AC12-
90F8A920F489/ChatStorage.sqlite : 0x21F70E (Table: ZWAMESSAGE,
ZWAPROFILEPUSHNAME; Size: 3072000 bytes)
00008030-00122DE9343A202E_files_full-
exte.zip/private/var/mobile/Containers/Shared/AppGroup/56307D9A-7ADC-4085-AC12-
90F8A920F489/ContactsV2.sqlite : 0x136C5 (Table: ZWAADDRESSBOOKCONTACT; Size:
90112 bytes)



From: 19084490858@s.whatsapp.net Mike (owner)
To: 17577717835@s.whatsapp.net Tamara

It sucks especially when I'm horny and want to play

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 17577717835@s.whatsapp.n et Tamara | 5/31/2024 11:34:05 PM(UTC+0) | 6/1/2024 12:49:08 AM(UTC+ 0) | |

Status: Read

Platform: Mobile

5/31/2024 11:34:05 PM(UTC+0)

Source Info:
00008030-00122DE9343A202E_files_full-
exte.zip/private/var/mobile/Containers/Shared/AppGroup/56307D9A-7ADC-4085-AC12-
90F8A920F489/ChatStorage.sqlite : 0x21FF5C (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size:
3072000 bytes)
00008030-00122DE9343A202E_files_full-
exte.zip/private/var/mobile/Containers/Shared/AppGroup/56307D9A-7ADC-4085-AC12-
90F8A920F489/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0xC557 (Size: 64825
bytes)
00008030-00122DE9343A202E_files_full-
exte.zip/private/var/mobile/Containers/Shared/AppGroup/56307D9A-7ADC-4085-AC12-
90F8A920F489/ContactsV2.sqlite : 0x136C5 (Table: ZWAADDRESSBOOKCONTACT; Size: 90112 bytes)

From: 19084490858@s.whatsapp.net Mike (owner)
To: 17577717835@s.whatsapp.net Tamara

You know how I get

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 17577717835@s.whatsa pp.net Tamara | 5/31/2024 11:43:07 PM(UTC+0) | 6/1/2024 12:49:08 AM(UTC +0) | |

Status: Read

Platform: Mobile

5/31/2024 11:43:04 PM(UTC+0)

Source Info:
00008030-00122DE9343A202E_files_full-
exte.zip/private/var/mobile/Containers/Shared/AppGroup/56307D9A-7ADC-4085-AC12-
90F8A920F489/ChatStorage.sqlite : 0x21FBB9 (Table: ZWAMESSAGE,
ZWAPROFILEPUSHNAME; Size: 3072000 bytes)
00008030-00122DE9343A202E_files_full-
exte.zip/private/var/mobile/Containers/Shared/AppGroup/56307D9A-7ADC-4085-AC12-
90F8A920F489/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0xC557
(Size: 64825 bytes)
00008030-00122DE9343A202E_files_full-
exte.zip/private/var/mobile/Containers/Shared/AppGroup/56307D9A-7ADC-4085-AC12-
90F8A920F489/ContactsV2.sqlite : 0x136C5 (Table: ZWAADDRESSBOOKCONTACT; Size:
90112 bytes)

540

PROD001_00000365