


Case 4:24-cr-00070-AWA-DEM Document 69-4 Filed 09/12/25 Page 2 of 12 PageID#

















