Dear Judge Allen,

First I would like to start this letter by sincerly apologizing for my actions. I completely acknowledge and understand the seriousness of my wrong doing and accept full ~~responsibilit~~ responsibility of it. My goal of this letter is to not to make you feel sorry for me, nor excuse my actions, but for you to ~~understand~~ know the person I was at the time. Growing up, I was always taught right from wrong, however my siblings and I had a very sheltered environment. What I mean is we weren't exposed ~~to alot~~ or knew about alot. My parents were very protective of us to the point I would say it hurt more than helped. We were also raised with a strong-based faith and very strict church rules that disable us as kids from doing alot such as going to the movies, out with friends, or pretty much anything typical kids/teens would be to do, ~~constant~~ ~~consistent~~ even though we saw our cousins constantly doing stuff. As a kid I didn't question too much but when I did I was told complex biblical, or vague answers as to why. This is not to place any blame on my parents raising me the best they knew how and trying to protect their children, because regardless of that we were very family oriented. & that ~~too~~ is something I'll always be grateful for. Problems as I remember started 3rd grade for me. I won't go into too many details but springtime of that year, the first time I was sent to the nurse because I wasn't feeling well. The nurse told me, because I was overheated take off my clothes. At that age I ~~was taught/new~~ ~~knew~~ if someone makes us uncomfortable we don't have to do what they asked, but was also taught we were safe at school & we could trust those adult. I didn't really know about/ ~~people like this or~~ understand ~~stuff like this~~ stuff like this. After going down to my underwear said nurse molested me, while saying things like no one would believe me if I told them, they'd believe her over me. Even said if I told anybody she'd do the same to my sisters. Said I'm dirty, I'm ugly, fat, no body will ever want me etc., while hitting me on my back & behind. After I was sent back to class, I believed the nurse words & didn't reach out. I didn't understand why and know ~~what~~ what to do, and I was scared for my sisters so I kept quiet. The second time, was actually the next day. I got sent to the nurse for ~~scraping~~ scraping my knee at recess. This time I

begged the teacher to not make me go but she just thought I didn't like going to the nurse and ~~had~~ had an older student take me down there. Pretty much the same thing happened as the first time. After those situations happened I tried to forget they happened. After the first 2 years, or so, I was no longer scared & knew I should say something but felt embarrassed, ashamed, didn't think anyone in my life would understand and was still dealing with selfworth issues. I now realize that was. During Covid-19 up until I finished highschool in January 2024 I had a lot of anger at myself for not being stronger, my parents for not knowing what happened, and God for letting it happen, and dealing with typical teenage problems I was cutting and burning myself. Though my parents especially my mom tried to get me to open up regretfully alot of times I lashed out and gave them a hard time. Whenever a cut or burn was seen, that I'd done personally, I always blamed it on work or being clumsy. I actually stopped self inflicting after one of my aunts reached out to me although I never told her what was fully going on she seemed to understand and see what I wasn't saying. Then two months later Dad died. I was a daddy's girl and even though I gave him a tough time nor did I talk to him about much, I definitely had a better and closer relationship with my Dad. I think that was due to the fact that he was so chill + laidback & Daddy wouldn't push asking what was wrong but make me laugh or show me love and make me forget for a moment. So losing Dad so unexpectedly hurt extremely bad. especially me not calling 911 nor saving him. I felt Dad died because of me + thought everyone hated me because of it. I became more angry at myself + God, bitter, + miserable, and felt even more alone. So I got more absorbed in social media and it's dangers. As I remember it, or when I actually started paying attention to who I was talking to was when I downloaded whatsapp to get audio recordings of my Dad singing + playing drums in church, and my co-defendant

messaged me some time after Dads death. For some reason I felt I could talk to him about what I was going through and that someone was finally able to be there for me. I, honestly, think it's because I knew I'd never actually meet this person and he's a stranger so I didn't care if he judged me & I wanted to be loved and ~~wanted~~ wanted, though it didn't matter by who. ~~~~ He was giving me attention & I didn't want to lose that. So when he ~~asked at first for stuff of me~~ started ~~messaging~~ talking about stuff with kids, ~~~~ regretfully & disgustingly I went along with it. Not wanting to lose him when he talked about leaving if I didn't send him certain videos I acted like I was sending what he wanted but it wasn't and was telling him it wasn't going through. When he first ~~started message~~ before he first started messaging about kids I should have known & left. But I stayed thinking ~~~~ I wasn't going to give him what he wanted and I was ~~going to~~ going to lose the only person I ~~~~ really talked to. I know my mentality at the time was extremely messed up and was disgustingly trying to justify my actions, but it doesn't ~~~~ My intentions were not to harm anyone, regardless of the words I texted him, I do not like sick things like that. Nor did I ever want to inflict my childhood pain on another, but I did and that is something I will have to live with for the rest of my life. I loved taking care of kids and wanted my career to be a child welfare social worker to protect them and I failed that and now everything has changed. I know I could never ~~~~ fulfill that dream regardless of ~~~~ if I went to jail or not because of my guilty conscious and I ~~~~ know I cant help others if I need to be helped myself. Hurt people, ~~~~ hurt people. Moving on from this I definitely will get therapy for all of ~~~~ what I've gone through ~~~~ so that I never ~~~~ hurt anyone again. Though I know with/without therapy I would never do a crime ~~~~ again. I'd rather ~~~~ give up everything than to hurt my family (all of them) again. I will definitely take the time to right my wrongs, even though I ~~will never be able to~~ ~~~~ I know things will never go back to the way they were. I am taking this time to learn and grow and I want to figure out a way to prevent others from ending up

making my mistakes and give them what I wish I reached out for, help. I wont let this mistake define me and I will move on in life and use my experience, to be an advocate and help others. No, it's not what I wanted nor my goal but it is only right that I try to save someone like others tried to do for me. Thank you for your time.

Sincerly

~Asia Billups